```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DILENIA PAGUADA, *individually and on behalf of all others similarly situated*,

        Plaintiff,

    v.

YOUR BIJOUX BOX LLC,

        Defendant.

22-CV-1556 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On May 24, 2022, Plaintiff filed an affidavit of service stating that Defendant was served on March 21, 2022. Defendant's answer was due on April 11, 2022. Defendant has not yet appeared, answered, or otherwise responded to the complaint. On May 23, 2022, the Clerk's Office issued a Certificate of Default as to Your Bijoux Box LLC.

    If Plaintiff intends to move for default judgment, she shall do so by July 28, 2022. Failure to do so may result in dismissal of this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    Plaintiff shall serve a copy of this Order on Defendant by July 7, 2022 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    June 30, 2022
            New York, New York

                                      Ronnie Abrams
                                      United States District Judge